Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND, (hereafter referred to as the Trust Funds),<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PIONEER EQUIPMENT COMPANY, LLC, A Washington limited liability company, UBI No. 602310943,<br>　　　　　　　Defendant. | NO. 2:12-cv-01554-RSM<br><br>**ORDER GRANTING MOTION TO STRIKE AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

This matter comes before the Court on Plaintiffs' motion to strike their previous motion for default judgment (Dkt. # 11) and motion to amend the complaint (Dkt. #12). Plaintiffs request to add additional factual information to their complaint to expand

ORDER GRANTING MOTION TO STRIKE AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
2:12-cv-01554-RSM – Page 1

Defendant's delinquency period from January of 2011 through the present. The Court finds that the motion to amend complies with Fed. R. Civ P. 15 and LCR 15, and that the motion to strike is proper given Plaintiffs' motion to amend. Accordingly, the motions shall be GRANTED.

It is hereby ORDERED:

(1) Plaintiffs are granted leave to amend their complaint to expand the defendant's delinquency period from January 2011 through the present.

(2) Plaintiffs' motion to strike is GRANTED (Dkt. #11).

(3) Plaintiffs' motion to amend is GRANTED (Dkt. # 12).

DATED this 27 day of March, 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE