UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
NORTHWEST IRONWORKERS HEALTH
AND SECURITY FUND, *et al.*,
          Plaintiffs,
    v.

PIONEER EQUIPMENT COMPANY, LLC,
A Washington limited liability company,
UBI No. 602310943,
          Defendant.

NO.  C12-1554 RSM

**ORDER FOR DEFAULT JUDGMENT**

Defendant Pioneer Equipment Company, LLC, having been served with an Amended Complaint via legal process server on April 12, 2013, the Defendant having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the Defendant having been duly entered according to law upon the application of Plaintiffs, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiffs' complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs Boards of Trustees of the Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, Northwest Ironworkers Employers

1  Vacation Trust, and Northwest Ironworkers & Employers Apprenticeship & Training Trust
2  Fund have a judgment for the delinquent payment of employee benefit contributions,
3  liquidated damages, interest, and attorney fees and costs for the delinquent period of
4  January 2011 and April 2012 to recover from defendant, Pioneer Equipment Company,
5  LLC, the following amounts: $15,762.21 in contributions, $2,837.20 in liquidated damages,
6  $2,844.97 in interest, $529 in costs, and litigation attorney fees in the amount of $883.50,
7  for a total judgment of $22,856.88.

8  Post-judgment interest shall accrue at the highest allowable interest rate per annum
9  from date of entry of Default Judgment until paid.

10  Dated this 12th day of June 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE